## A10A1611, A10A1612. TIMBERRIDGE PRESBYTERIAN CHURCH, INC. v. PRESBYTERY OF GREATER ATLANTA, INC. (two cases).
(731 SE2d 766)

BOGGS, Judge.

In *Presbytery of Greater Atlanta v. Timberridge Presbyterian Church*, 290 Ga. 272 (719 SE2d 446) (2011), the Supreme Court reversed the judgment of this court in *Timberridge Presbyterian Church v. Presbytery of Greater Atlanta*, 307 Ga. App. 191 (705 SE2d 262) (2010). We therefore vacate our earlier opinion and adopt the judgment of the Supreme Court as the opinion of this court.

*Judgment affirmed. Mikell, P. J., and Adams, J., concur.*

DECIDED AUGUST 23, 2012.

*Talley, French & Kendall, Michael C. Kendall, Maureen E. Murphy*, for appellant.

*Wilson, Morton & Downs, Robert E. Wilson, Debra A. Golymbieski*, for appellee.